```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILLIAM PAPPAS,                              :      19 Civ. 6776 (RWL)
                                             :
                Plaintiff,                   :      ORDER
                                             :
        - against -                          :
                                             :
GULAM KHAN, et al.,                          :
                                             :
                Defendants.                  :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of parties' correspondence at Dkts. 31 and 32. In light of Defendants' representations, the Court grants Defendants' requests for 30 days to provide answers to Plaintiff's interrogatories and for an adjournment of the settlement conference currently scheduled for April 23, 2020. The Court further extends any remaining discovery and any ensuing deadlines by 30 days.

The parties shall coordinate with the Courtroom Deputy to schedule a new date for the settlement conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    April 15, 2020
          New York, New York

Copies transmitted to all counsel of record.