# THE LAW OFFICES OF RUSSELL E. ADLER PLLC
### LABOR AND EMPLOYMENT LAW     ADVOCACY, ADVICE & COUNSEL
#### WWW.RADLERLAWPLLC.COM

78 RIDGE RD.                                                                                  646.504.3299
KATONAH, NEW YORK 10536                                         RUSS@RADLERLAWPLLC.COM

May 19, 2020

**Via ECF**

Hon. Robert W. Lehrburger, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

                                   Re:      Pappas v. Khan et. ano.
                                                           19-cv-6776 (VSB) (RWL)

Dear Judge Lehrburger:

        I am counsel for Plaintiff, William Pappas, and write, yet again, regarding Defendants' disregard of Your Honor's Orders and discovery in this action. I refer the Court to my prior letters (Docket Nos. 25 and 31) regarding Defendants' lengthy history of ignoring discovery in this action.

        By March 19, 2020 Order (Docket # 29), the Court directed Defendants to provide, by April 13, 2020, "full and complete responses to Plaintiff's outstanding document requests and interrogatories." Defendants ignored this deadline.

        By April 15, 2020 Order (Docket # 33), Your Honor directed Defendants to provide discovery responses by May 15, 2020. Defendants ignored this deadline as well.

        Plaintiff submits that Defendants are simply continuing the pattern of delay and inaction that has persisted since this action was commenced. As a result, Plaintiff respectfully requests Defendants be deemed in default and be awarded judgment on such grounds.

                                                             Respectfully submitted,

                                                             Russell E. Adler

cc:      Demetrios Adamis, Esq. (via ECF)

---

**Plaintiff's request is denied without prejudice to renew. Counsel must fulfill their obligation to meet and confer and so indicate in any renewed application.**

SO ORDERED:

5/19/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE