USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM PAPPAS,                                     :       19 Civ. 6776 (RWL)
                                                    :
                           Plaintiff,    :       **ORDER**
                                                    :
          - against -                              :
                                                    :
GULAM KHAN, et al.,                                 :
                                                    :
                      Defendants.   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This order addresses Plaintiff's request that Defendants be found in default and Plaintiff awarded judgment on such grounds. (Dkt. 37.) The application is denied without prejudice to renew. A settlement conference in this matter is scheduled for June 16, 2020. If the case does not settle before or at the conference, Defendants shall produce all outstanding discovery no later than June 23, 2020. If Defendants fail to do so, Plaintiff may reapply for appropriate sanctions.

                                                     SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: June 5, 2020
        New York, New York