### DEMETRIOS ADAMIS, PC
ATTORNEYS AT LAW

DEMETRIOS ADAMIS     61-43 186TH STREET     E-MAIL demetrios@dapcny.com
FRESH MEADOWS, NEW YORK 11365
TEL/FAX (718) 425-0945

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020
```

**VIA ECF**

June 15, 2020

Judge Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
United States Courthouse
New York, NY  10007

Re: <u>Pappas</u> v. <u>American Diner Group, Inc., et al</u>; Case No. 19-CV-06776

Dear Judge Lehrburger:

Please be advised that I represent the Defendants in the above entitled action.

A Settlement Conference is scheduled for Tuesday, June 16th at 9:30 am.

Unfortunately, I have only today been advised that Mr. Gulam Khan, an individual defendant and the principal of the main corporate defendant, has tested positive for the COVID19 virus and is bedridden. He is unable to speak and cannot participate in tomorrow's conference in any effective way. He is the main party by which a settlement can be reached.

On Mr. Khan's behalf I apologize to the Court and counsel for this inconvenience. I respectfully request this conference be adjourned until at least the latter half of July to give my client every opportunity to recover.

The Court's consideration in this matter is greatly appreciated.

Very truly yours,

*/s/ Demetrios Adamis*
Demetrios Adamis
DA/cmm

The parties are directed to coordinate with Deputy Clerk Shah to reschedule the Settlement Conference for about two months from the date of this Order.

SO ORDERED:

6/15/2020

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

MEMBER NEW YORK AND CONNECTICUT BAR
