USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILLIAM PAPPAS,                          :        19 Civ. 6776 (RWL)
                                         :
                         Plaintiff,      :        **ORDER**
                                         :
              - against -                :
                                         :
GULAM KHAN, et al.,                      :
                                         :
                         Defendants.     :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's request for finding Defendants in default is denied without prejudice.  (Dkt. 44.)  The settlement conference is scheduled for August 11, 2020.  If the case fails to settle at that time, Defendants must provide all outstanding discovery by August 18, 2020, and no further extensions will be granted.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2020
        New York, New York